UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-00188-SVW-RAO | Date | July 17, 2020 |
|---|---|---|---|
| Title | Richard Cooks v. Hope and Henry, LLC | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

     Plaintiff did not contact Defendant in advance of the 7/6/2020 status conference, nor has he responded to this Court's prior order seeking an explanation for his conduct. As the Court previously stated this failure to respond will result in dismissal of the action. Dkt. 20. The Court therefore DISMISSES Plaintiff's complaint without prejudice, and closes the case.

                                                      :

Initials of Preparer     PMC